# FORM A

Rev. 10/10

CIVIL RIGHTS COMPLAINT TO BE USED BY A PRO SE PRISONER
UNDER 42 U.S.C § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

Emoshia L. Duncan

_____

(Full name of the Plaintiff(s) in this action)

v.

Benjamin Harlan
Jonathan Kimbrell
Sarah Crawford

_____

(Full name of the Defendant(s) in this action)

FILED
VANESSA L. ARMSTRONG
FEB - 5 2020
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

CIVIL ACTION NO. 3:20-CV-35-CHB
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

(_) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

**(A) Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Emoshia Lee Duncan

Place of Confinement: Luther Luckett Correction Complex

Address: P.O. Box 6 1216 Dawkins Rd. LaGrange, Ky 40031

Status of Plaintiff: CONVICTED (✓)  PRETRIAL DETAINEE (_)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant _Benjamin Harlan_ is employed as _Asst. Unit Administrator_ at _Luther Luckett Corr. complex_.
The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity. _Thought_

(2) Defendant _Jonathan Kimbrell_ is employed as _Lt./Lieuenant_ at _Luther Luckett corr. complex_.
The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity. _Thought_

(3) Defendant _Jaiah Crawford_ is employed as _Cpt./Captain_ at _Luther Luckett corr. complex_.
The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity. _Thought_

(4) Defendant _____ is employed as _____ at _____.
The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

2

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _Emashio Duncan_

Defendant(s): _Jonathan Kimbrell_

Court (if federal court, name the district. If state court, name the county):
_United States District Court Western District Of Kentucky Louisville_
Docket number: _3:19-CV-P890 RGJ_

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or (civil rights) action): _Civil Rights_

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?): _Still Pending_

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

3

### III.   STATEMENT OF CLAIM(S)

State hear the FACTS of your case. state how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set froth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

1.) Each Defendant had violated Plaintiff's 8th and 14th Amendment when prison officials have a duty under 8th and 14th Amendments to protect prisoners from violence at the hands of other prisoners.

2.) On the above date December the 10th of 2019. Plaintiff was placed in the restrictive housing unit for being in a "physical Altercation" with another inmate. Between 1:30pm and 2:30pm.

3.) Defendant(s) Benjamin Harlan, (J.) Jonathan Kimbrell, and Cpt. Sarah Crawford had Acted within deliberate indifference, when they had maliciously used an intimidation tactic by threaten to spray plaintiff with O.C. spray to force plaintiff into a observation cell with another inmate "who had made each defendant aware" that if they move plaintiff into

4.

### III. STATEMENT OF CLAIM(S) continued

his cell, there would be some problems between both of them.

4.) Plaintiff had addressed to the defendant(s) that he did not want to be placed into the cell with the inmate due to both plaintiff and inmate had a conflict with each other.

5.) Defendant(s) had intentionally ignored both individuals and knew of a substantial risk from the very fact that the risk was obvious. There were potential danger to plaintiff.

6.) Defendant(s) acted with deliberate indifference to plaintiff safety.

Plaintiff was severely assaulted, punched, kicked, kneed, and stumped in his head. causing plaintiff head injuries. Plaintiff was taken to the U of L Hospital.

5

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

✓ award money damages in the amount of $ *three-hundred-seventy five-thousand dollars .00*

✓ grant injunctive relief by *TEMPTORY INJUNCTION order.*

✓ award punitive damages in the amount of $ *six-hundred-twenty five-thousand dollars .00*

✓ other: *Next page Relief sought*

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This ___ day of *Feb* , 20*20*.

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on *2/  /20* .

_____
(Signature)

6

## VI. Relief Sought

7.) An actual controversy still exists between plaintiff and defendant(s) under the circumstances of this case and its primacy over any conflicting policy, and procedure, and practices of defendant(s).

8.) Plaintiff, therefore request that this Honorable Court make a binding declaration pursuant to the authority of this court to place a lein on all their financial affairs, commerce, property, land, home, cars, and bank accounts, until the controversy of this law suit is decided.

9.) Award compensatory damages of $. three-hundred and seventy five thousand dollars.

10.) That defendant(s) be "Order" to pay punitive damages in an amount of $. six hundred-and twenty five thousand dollars.

11.) The cost and discretionary costs be taxed against defendant(s) jointly and severally;

12.) Plaintiff, therefore, request that this Honorable Court make a binding claim between above defendant(s).

7

## VII. DAMAGES

13.) Plaintiff request that he be compensated for afflicted with chronic head injury a neuropathic pain condition that had affected plaintiff.

14.) Suffered from a fracture nasal cavity, Broken nose.

15.) Whatever the cause a result of plaintiff amounting medical issues, the plaintiff will primarily be having headackes, light dizziness from the concussion for his life.

16.) An award of actual and punitive damages of pain and suffering

17.) An award of attorney fee, costs and expenses incurred in this action and interest on all sums awarded at the maximum rate permitted by law.

18.) And further relief to which plaintiff may show themselves entitled under law.

Wherefore, the plaintiff respectfully requests this Honorable Court, to grant his 42 USC 1983 and to dismiss the disciplinary reports that the plaintiff stands convicted of.

Respectfully Submitted
Emoshia L Duncan
Emoshia L Duncan Pro-se
1100 PO. Box 6 LaGrange, KY 40031

8

Emoshia Duncan #133671
L.L.C.C. P.O. Box 61
1216 Dawkins Rd
LaGrange, KY 40031

FILED
VANESSA L. ARMSTRONG
FEB - 5 2020
U.S. DISTRICT COURT
WESTN. DIST KENTUCKY

United States District Court,
Western District of Kentucky
at Louisville
601 West Broadway Rm #106
Gene Snyder United States Courthouse
Louisville, Kentucky 40202.